UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON BROWN,

        Plaintiff,

v.

THOMAS GRIFFIN, *et al.*,

        Defendants.

No. 18-CV-5439 (KMK)

ORDER TO SHOW CAUSE

KENNETH M. KARAS, United States District Judge:

On September 25, 2019, the Court issued an Opinion & Order (the "Opinion") granting Defendants' Motion To Dismiss. (*See generally* Op. (Dkt. No. 33).) The Opinion granted Plaintiff 30 days to file an amended complaint. (*Id.* at 19.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court

Accordingly, it is hereby ORDERED that Plaintiff shall show cause, by no later than 30 days of the date of this Order, as to why this case should not be dismissed for failure to prosecute. *See Armstrong v. Guccione*, 470 F.3d 89, 103 n.1 (2d Cir. 2006) (noting that "a federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute" (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 630–32(1962)).

The Court may dismiss this case without prejudice without further notice in the event that good cause is not shown.

SO ORDERED.

Dated:   November 18, 2019
         White Plains, New York

KENNETH M. KARAS
United States District Judge